# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

CHRISTOBAL DOMINGUEZ AMADOR,

     Petitioner,

v.                                                                                    No. 1:25-cv-01161-MLG-GBW

GEORGE DEDOS, in his official capacity as
Warden of Torrance County Detention Center;
MARY DE ANDA-YBARRA, in her official
capacity as Field Office Director of the
Immigration and Customs Enforcement,
Enforcement and Removal Operations Torrance
County Detention Center; TODD LYONS,
Acting Director of U.S. Immigration and Customs
Enforcement; KRISTI NOEM, in her official
capacity as Secretary of the U.S. Department of
Homeland Security; and PAMELA BONDI, in her
official capacity as Attorney General of the United
States,

## ORDER FOR JOINT STATUS REPORT

This matter is before the Court on Petitioner Christobal Dominguez Amador's Motion to Enforce Order Partially Granting Petition for Writ of Habeas Corpus ("Motion to Enforce"), Doc. 32, filed June 4, 2026. Dominguez Amador requests review of the immigration judge's determination that he is a flight risk because, according to Dominguez Amador, Federal Respondents did not justify his continued detention by clear and convincing evidence—as ordered by the Court on February 17, 2026. Doc. 32 at 5-8. Accordingly, Dominguez Amador requests that the Court order his immediate release. *Id.* at 8.

The relief Dominguez Amador seeks presumes his continued detention is still governed by 8 U.S.C. § 1226(a), as it was in February when the Court issued its order partially granting Dominguez Amador's Petition for Writ of Habeas Corpus, Doc. 1. *See* Doc. 25 at 3-4. It is not

clear that this is still the case. It is the Court's understanding that Dominguez Amador was ordered removed. *See* Doc. 16. But the Court has no additional information, including whether Dominguez Amador appealed from the order of removal.

Accordingly, the parties are ordered to file a joint status report by 5 p.m. Friday, June 12, 2026, addressing whether Dominguez Amador's removal order is administratively final. The parties shall attach a copy of the removal order to their status report.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA