**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

---

CHRISTOBAL DOMINGUEZ AMADOR,

Petitioner,

v. No. 1:25-cv-01161-MLG-GBW

GEORGE DEDOS, in his official capacity as Warden of Torrance County Detention Center; MARY DE ANDA-YBARRA, in her official capacity as Field Office Director of the Immigration and Customs Enforcement, Enforcement and Removal Operations Torrance County Detention Center; TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; and PAMELA BONDI, in her official capacity as Attorney General of the United States,

Defendants.

**ORDER DENYING PETITIONER'S MOTION TO ENFORCE**

This matter is before the Court on Petitioner Christobal Dominquez Amador's Motion to Enforce Order Partially Granting Petition for Writ of Habeas Corpus ("Motion to Enforce"), Doc. 32. A hearing on the motion was held August 26, 2026. *See* Doc. 42. The Court denies the Motion to Enforce for the reasons stated on the record at the hearing. In short, Dominguez Amador has not established that the immigration judge presiding over his bond hearing violated the Court's Order, Doc. 25, and further weighing of the evidence would violate the jurisdiction-stripping provision of 8 U.S.C. § 1226(e). Accordingly, the Motion to Enforce, Doc. 32, is denied.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA